UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANDREW SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TRENT ALLEN, Warden,<br><br>　　　　　Respondent. | No.  1:23-cv-00480-ADA-HBK (HC)<br><br>ORDER GRANTING MOTION TO AMEND AND NAME PROPER RESPONDENT<br><br>(Doc. No. 13)<br><br>ORDER SUBSTITUTING TRENT ALLEN, WARDEN AS RESPONDENT |

On March 21, 2023, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 1).  The Court advised Petitioner that the petition failed to name a proper respondent and granted Petitioner leave to file a motion to amend to name a proper respondent.  (Doc. No. 10).  On May 4, 2023, Petitioner filed an unsigned motion to amend to name a proper respondent, and on May 9, 2023 he was given leave to file to file a signed motion to amend to name a proper respondent in order to avoid dismissal of the action.  (Doc. Nos. 11, 12).  Petitioner now moves to amend the Petition to name Trent Allen, Warden, as the Respondent in this matter.  (Doc. No. 13).  A warden has "day-to-day control over" a petitioner and is a proper respondent in a habeas action.  *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992).

////

////

////

Accordingly, it is **ORDERED**:

Petitioner's Motion to Amend the Petition (Doc. No. 13) is GRANTED.  Trent Allen, Warden, is hereby SUBSTITUTED as Respondent in this matter.

Dated:   May 30, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE