UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ANDREW SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TRENT ALLEN,<br><br>　　　　　Respondent. | No. 1:23-cv-00480-KES-HBK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION<br><br>(Doc. Nos. 22, 23) |

　　　　Petitioner Brian Andrew Smith is a state prisoner proceeding pro se with his petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 6, 2023, the assigned magistrate judge issued findings and recommendations recommending that Petitioner's motion to withdraw the petition be granted. (Doc. No. 23.)  Those findings and recommendations were served on petitioner and respondent and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  Neither party has filed objections, and the deadline for doing so has passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds the findings

1

and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on September 6, 2023 (Doc. No. 23) are ADOPTED in full.

2. Petitioner's motion to withdraw the petition without prejudice (Doc. No. 22) is GRANTED.

3. The petition (Doc. No. 1) is DISMISSED without prejudice.

4. The Clerk of Court is directed to terminate any pending motions/deadlines and close the case.

IT IS SO ORDERED.

Dated: March 20, 2024

UNITED STATES DISTRICT JUDGE

2